IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSOLIDATED GRAIN AND BARGE INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-3222 |
| SOVEREIGN TRANSPORT SERVICES, INC., | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 15), Third Party Defendant Paul Powell is dismissed without prejudice.

SIGNED on February 23, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge