**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CONSOLIDATED GRAIN & BARGE, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-10-3222 |
| § | |
| SOVEREIGN TRANSPORT SERVICES, § | |
| INC., § | |
| § | |
| Defendant/Third Party Plaintiff, § | |
| § | |
| v. § | |
| § | |
| 10 RIVERS INVESTMENTS, INC., *et al.*, § | |
| § | |
| Third Party Defendants. § | |

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

The defendant, Sovereign Transport Services, Inc., filed a petition in the United States

Bankruptcy Court for the Southern District of Texas as Case No. 11-38309, on September 30, 2011.

A petition filed under 11 U.S.C. §§ 301, et seq., operates as a stay of the continuation of a judicial

proceeding against the debtor that was commenced before the initiation of the bankruptcy

proceeding. 11 U.S.C. § 362(a)(1). Accordingly, this case is stayed and administratively closed. The

plaintiff may reinstate this case to the active docket upon notice to this court of the discontinuance

of the stay under 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the

bankruptcy stay is discontinued.

SIGNED on October 12, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge